### IN THE UNITED STATES DISTRICT COURT FOR THE
### SOUTHERN DISTRICT OF MISSISSIPPI
### SOUTHERN DIVISION

**BALOG, INC.**                                                                                          **PLAINTIFF**

**VERSUS**                                        **CIVIL ACTION NO.:**  **1:06cv586 LTS RHW**

**UNITED STATES FIDELITY AND**
**GUARANTY COMPANY**                                                                     **DEFENDANT**
_____

### AGREED ORDER OF DISMISSAL
_____

**THIS DAY** this cause came on for hearing on the joint motion, *ore tenus*, of the Plaintiff Balog, Inc., and Defendant United States Fidelity and Guaranty Company (hereinafter referred to as "USF&G") to dismiss Plaintiff's claim for loss of business income in the above action, and the parties having consented to the entry of this Order and agreeing that Plaintiff's claim for loss of business income against USF&G should be dismissed with prejudice with the parties to bear their own costs, and the Court being fully advised of the premises, finds that the joint motion to dismiss Plaintiff's claim for loss of business income against Defendant USF&G with prejudice is well taken and should be sustained.

**IT IS, THEREFORE, HEREBY ORDERED AND ADJUDGED** that Balog, Inc.'s claim for loss of business income against United States Fidelity and Guaranty Company is dismissed with prejudice with parties to bear their own costs.

**SO ORDERED AND ADJUDGED**, this the 19th day of January, 2007.

s/ *L. T. Senter, Jr.*

L. T. Senter, Jr.

Senior Judge

**AGREED AND APPROVED BY:**

/s/ Tim Matusheski (with express permission)

George W. Healy, IV, Esq.

Timothy J. Matusheski, Esq.

**GEORGE W. HEALY, IV & ASSOCIATES**

2224 25th Avenue

Gulfport, Mississippi 39501


Attorneys for Plaintiff, Balog, Inc.


/s/ M. Scott Jones

Charles G. Copeland (MSB No. 6516)

M. Scott Jones (MSB No. 102239)

**COPELAND, COOK, TAYLOR AND BUSH, P.A.**

200 Concourse, Suite 200

1062 Highland Colony Parkway (39157)

Post Office Box 6020

Ridgeland, Mississippi 39158

Telephone No.:  (601) 856-7200

Facsimile No.:  (601) 856-762


Attorneys for Defendant, United States Fidelity and Guaranty Company